MICHAEL D. HAIGHT, ESQ.
Nevada Bar No. 5654
ERIC J. WILLOUGHBY, ESQ.
Nevada Bar No. 10277
DONALD H. HAIGHT, ESQ.
Nevada Bar No. 1483
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200 Telephone
(702) 862-8204 Facsimile
ericw@hennessandhaight.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

TANYA VESCO, individually

       Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY dba STATE
FARM, an entity licensed to do business in
Nevada; DOES I through X; and ROE
CORPORATIONS, XI through XX, inclusive,

       Defendants.

Case No. 2:13−cv−01490−JAD−CWH

## STIPULATED PROTECTIVE ORDER
## REGARDING AARON KESLER'S MEDICAL RECORDS

Pursuant to Fed. R. Civ. P. 26(c)(7), the parties hereby submit this proposed Stipulated Order for the purpose of ensuring that matters raised by this proceeding are open to the public; yet, at the same time, ensure that confidential medical information submitted by Aaron Kesler to Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter "STATE FARM") in connection with an automobile collision between Aaron Kesler (hereinafter "Kesler"), and Plaintiff, Tanya Vesco (hereinafter "Vesco"), which occurred on February 25, 2011, is not improperly disclosed. Accordingly, the parties, by their undersigned counsel, hereby

- 1 -

stipulate, subject to approval and entry of the corresponding Order by the Court, as follows:

1. State Farm shall stamp all Kesler Medical Records produced in accordance with the Court's Order with the legend "CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER."

2. Vesco shall use Kesler's Medical Records only for the purposes of this action, including any appeal of the Court's ruling, and shall not use Kesler's Medical Records for any other purposes.

3. Any deposition testimony concerning Kesler's Medical Records shall be marked by the court reporter as Confidential on the deposition transcript.

4. A copy of this Order shall be identified and marked as an exhibit to any such deposition transcript, and all persons who have actual notice of this protective Order shall be bound by its terms.

///

///

///

///

///

///

///

///

///

///

5. All persons governed by this Order, by reviewing Kesler's Medical Records, or seeking the protections of this Order for Kesler's Medical Records, shall agree to the jurisdiction of this Court over their person for the purpose of any action seeking to enforce the terms and conditions of this Order, or for any action for contempt for violation of the terms of this Order.

DATED this 14th day of July, 2014

HALL, JAFFE & CLAYTON, LLP

____/s/ James E. Harper____
Riley A Clayton, Esq.
Nevada Bar No. 5260
James E. Harper, Esq.
Nevada Bar No. 9822
7425 Peak Drive
Las Vegas, NV 89128
*Attorney for Defendant*
*State Farm Mutual Automobile*
*Insurance Company*

DATED this 15th day of July, 2014

HENNESS & HAIGHT, INJURY
ATTORNEYS

____/s/ Eric J. Willoughby for____
Michael D. Haight, Esq.
Nevada Bar No. 5654
8972 Spanish Ridge Avenue
Las Vegas, NV 89148
*Attorneys for Plaintiff, Vesco*

**ORDER**

It is so ORDERED.

DATED this __16th__ day of __July__, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -