```
RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

      HALL JAFFE & CLAYTON, LLP
              7425 PEAK DRIVE
          LAS VEGAS, NEVADA 89128
              (702) 316-4111
            FAX (702)316-4114
```

Attorneys for Defendant,
State Farm Mutual Automobile Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TANYA VESCO, individually<br><br>                    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY dba STATE FARM, an entity licensed to do business in Nevada; DOES I through X; and ROE CORPORATIONS, XI through XX, inclusive,<br><br>                    Defendants. | CASE NO.: 2:13-cv-01490-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE THE JOINT PRE-TRIAL ORDER**<br><br>**(SECOND REQUEST)** |

     Plaintiff, Tanya Vesco, by and through her counsel of record, Henness & Haight, and Defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its counsel of record, Hall Jaffe & Clayton, LLP, hereby submit the instant Stipulation and Order to Extend Time to File the Joint Pre-Trial Order (Second Request).

     Due to Defendant State Farm's counsel's unavailability due to an upcoming trial (i.e., a April 13, 2015), the parties are requesting that this Court extend the time to file the Joint Pre-Trial Order until

/ / /

/ / /

/ / /

/ / /

**May 15, 2015**.  This request is made in good faith and not as an attempt to needlessly delay these proceedings.

DATED this 6th day of April, 2015.                    DATED this 6th day of April, 2015.

HALL JAFFE & CLAYTON, LLP                    HENNESS & HAIGHT, INJURY ATTORNEYS


By  /s/ Riley A. Clayton                    By  /s/ Michael D. Haight
RILEY A. CLAYTON                             MICHAEL D. HAIGHT
Nevada Bar No. 005260                        Nevada Bar No. 005654
7425 Peak Drive                              8972 Spanish Ridge Avenue
Las Vegas, Nevada 89128                      Las Vegas, NV 89148
Attorneys for Defendant                      Attorney for Plaintiff


***O R D E R***

**IT IS SO ORDERED.**

Dated April 8, 2015.

_____
C.W. Hoffman Jr.
United States Magistrate Judge

2