RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorneys for Defendant,
State Farm Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TANYA VESCO, individually<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY dba STATE FARM, an entity licensed to do business in Nevada; DOES I through X; and ROE CORPORATIONS, XI through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:13-cv-01490-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE THE JOINT PRE-TRIAL ORDER**<br><br>**(THIRD REQUEST)** |

Plaintiff, Tanya Vesco, by and through her counsel of record, Henness & Haight, and Defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its counsel of record, Hall Jaffe & Clayton, LLP, hereby submit the instant Stipulation and Order to Extend Time to File the Joint Pre-Trial Order (Third Request).

The parties have been working together diligently to prepare and submit the Joint Pre-Trial Order. However, the parties have recently recommenced settlement negotiations, and there may be an opportunity for this case to settle within the coming days. Given the potential for a resolution of this case, the parties are requesting that this Court extend the time to file the Joint Pre-Trial Order while the parties attempt to settle the case so as to avoid spending time and money on something that might prove to be unnecessary. Specifically, the parties request a two week extension of the deadline to file the Joint

Pre-Trial Order, extending the deadline until **May 29, 2015**. This request is made in good faith and not as an attempt to needlessly delay these proceedings.

DATED this 8th day of May, 2015.

HALL JAFFE & CLAYTON, LLP

By  /s/ Riley A. Clayton
RILEY A. CLAYTON
Nevada Bar No. 005260
7425 Peak Drive
Las Vegas, Nevada 89128
Attorneys for Defendant

DATED this 8th day of May, 2015.

HENNESS & HAIGHT, INJURY ATTORNEYS

By  /s/ Michael D. Haight
MICHAEL D. HAIGHT
Nevada Bar No. 005654
8972 Spanish Ridge Avenue
Las Vegas, NV 89148
Attorney for Plaintiff

***ORDER***

**IT IS SO ORDERED.**

Dated this May 11, 2015

_____
U.S. MAGISTRATE JUDGE