```
1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2  rclayton@lawhjc.com

3        HALL JAFFE & CLAYTON, LLP
              7425 PEAK DRIVE
4         LAS VEGAS, NEVADA 89128
               (702) 316-4111
5            FAX (702)316-4114

6  Attorneys for Defendant,
   State Farm Mutual Automobile Insurance Company
7
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TANYA VESCO, individually<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY dba STATE FARM, an entity licensed to do business in Nevada; DOES I through X; and ROE CORPORATIONS, XI through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:13-cv-01490-JAD-CWH<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between the Plaintiff, Tanya Vesco, and Defendant, State Farm Mutual Automobile Insurance Company dba State Farm, parties hereto, by and through their respective counsel, Henness & Haight Injury Attorneys, for Plaintiff, and Hall Jaffe & Clayton, LLP, for

///
///
///
///
///
///
///
///

1  Defendant, that this matter be dismissed with prejudice, each party to bear its own costs and attorney
2  fees.
3  DATED this 22nd day of May, 2015.        DATED this 22nd day of May, 2015.
4  HENNESS & HAIGHT, INJURY ATTORNEYS    HALL JAFFE & CLAYTON, LLP

6  By _____    By _____
7  Michael D. Haight, Esq.                Riley A. Clayton, Esq.
   Nevada Bar No. 005654                  Nevada Bar No. 005260
   8972 Spanish Ridge Avenue              7425 Peak Drive
8  Las Vegas, NV 89148                    Las Vegas, Nevada 89128
   Attorney for Plaintiff                 Attorney for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED, that this action is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: May 26, 2015.

_____
UNITED STATES DISTRICT JUDGE

2